IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ATAIN SPECIALTY INSURANCE
COMPANY f/k/a USF INSURANCE
COMPANY,

       Plaintiff,                          No. 2:12-cv-0734 KJM GGH

    vs.

RIVER HEIGHTS CONDOS, LLC, et al.,

       Defendants.                   ORDER

/

          Plaintiff's motion for default judgment presently is calendared for hearing on August 23, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The August 23, 2012 hearing on the motion for default judgment, filed July 25, 2012, is vacated; and

2. The motion is submitted on the record.

DATED: August 14, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:Atain0734.vac.wpd